ALPHEUS W. MONTGOMERY, Respondent, *v.* JAMES M. WATER-
BURY et al., Appellants.

(Argued April 12, 1894;  decided May 1, 1894.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made January 3, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*J. E. Hindon Hyde* for appellants.

*Henry G. Atwater* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed. _____